# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC.,<br>    Plaintiff,<br>  v.<br>EOLAS TECHNOLOGIES INCORPORATED, et al.,<br>    Defendants. | Case No. 15-cv-05446-JST<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION SELECTING ADR PROCESS**<br><br>Re: ECF No. 43 |

Before the Court is a Stipulation Selecting ADR Process. ECF No. 43. The stipulation is denied without prejudice to the re-filing of a stipulation that identifies a deadline by which the parties have agreed to hold their ADR session.

IT IS SO ORDERED.

Dated: February 12, 2016

                                                JON S. TIGAR<br>                                                United States District Judge