| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Jennifer P. Estremera, SBN 251076 |
|    Charles K. Verhoeven (Cal. Bar No. 170151) | MCKOOL SMITH, P.C. |
|    David A. Perlson (Cal. Bar No. 209502) | 255 Shoreline Drive, Suite 510 |
|    Michael D. Powell (Cal. Bar No. 202850) | Redwood Shores, California 94065 |
|    Derek J. Tang (Cal. Bar No. 4540514) | Tel: (650) 394-1414; Fax: (650) 394-1422 |
|    Lindsay M. Cooper (Cal. Bar No. 287125) | jestremera@mckoolsmith.com |
|    Felipe Corredor (Cal. Bar No. 295692) | |
|    qe-eolas@quinnemanuel.com | John B. Campbell, TX SBN 24036314 |
| 50 California Street, 22nd Floor | (admitted *Pro Hac Vice*) |
| San Francisco, California 94111 | MCKOOL SMITH, P.C. |
| (415) 875-6600 | 300 West 6th Street, Suite 1700 |
| (415) 875-6700 facsimile | Austin, Texas 78701 |
| | Tel. (512) 692-8700; Fax: (512) 692-8744 |
| Attorneys for Plaintiff Google Inc. | jcampbell@mckoolsmith.com |
| | |
| | Attorneys for Defendant |
| | Eolas Technologies Incorporated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC., | Case No. 3:15-cv-05446-JST |
|     Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO EOLAS TECHNOLOGIES INCORPORATED'S MOTION TO DISMISS GOOGLE INC.'S COMPLAINT** |
| v. | |
| EOLAS TECHNOLOGIES INCORPORATED, | |
|     Defendant. | Judge: Hon. Jon S. Tigar |

1   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Google Inc. ("Google") and
2   Defendant Eolas Technologies Incorporated ("Eolas"), by and through their respective attorneys,
3   hereby submit the following Joint Stipulation, as follows:
4       WHEREAS, on December 1, 2015, Google served its complaint upon Eolas;
5       WHEREAS, on December 4, 2015, this Court set the Case Management Conference for
6   February 23, 2016;
7       WHEREAS, on December 15, 2015, the parties filed a stipulation to extend the deadline
8   for Eolas to answer or otherwise respond to Google's complaint to January 21, 2016;
9       WHEREAS, on January 5, 2016, this Court granted the parties' stipulation;
10      WHEREAS, on January 20, 2016, Google filed a first amended complaint;
11      WHEREAS, on January 25, 2016, this Court reset the Case Management Conference for
12  February 24, 2016;
13      WHEREAS, on February 8, 2016, Eolas filed a motion to dismiss Google's complaint,
14  scheduled for hearing by this Court on April 21, 2016;
15      WHEREAS, on February 8, 2016, Eolas filed an administrative motion for relief from the
16  notice and order setting initial Case Management Conference, for continuance of the Case
17  Management Conference, and to stay any discovery;
18      WHEREAS, on February 17, 2016, this Court granted in part and denied in part Eolas's
19  administrative motion, resetting the Case Management Conference for April 21, 2016;
20      WHEREAS, the Parties have conferred and agreed to extend Google's time to oppose
21  Eolas's motion to dismiss Google's complaint, currently set for February 22, 2016, and Eolas's
22  time to file a reply in support of said motion to dismiss, currently set for February 29, 2016;
23      WHEREAS, no other deadlines will be affected;
24      NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY
25  REQUEST that the deadline for Google to respond to Eolas's motion to dismiss be extended by
26  eleven days to **March 4, 2016**, and that the deadline for Eolas to reply be extended to **March 14,**
27  **2016**.
28

-2-   Case No. :15-cv-05446-JST
JOINT STIPULATION AND [PROPOSED] ORDER

1 | DATED: February 22, 2016

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s David A. Perlson
   David A. Perlson
    *Attorneys for Google Inc.*


McKOOL SMITH HENNIGAN, P.C.

By /s John B. Campbell
   John B. Campbell
    *Attorneys for Eolas Technologies Incorporated*

**SIGNATURE ATTESTATION**

I, David A. Perlson, am the ECF user whose userid and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that John B. Campbell has concurred in this filing.

DATED: February 22, 2016

/s/  David A. Perlson
David A. Perlson

**[PROPOSED] ORDER**

Plaintiff Google Inc. and Defendant Eolas Technologies Incorporated have stipulated to extend the deadline for Google's opposition to Eolas's motion to dismiss Google's complaint until March 4, 2016 and the deadline for Eolas's reply until March 14, 2016.

The requested extension is GRANTED.  Google's opposition to Eolas's motion to dismiss Google's complaint will be filed no later than March 4, 2016, and Eolas's reply will be filed no later than March 14, 2016.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: February 23, 2016

Honorable Jon S. Tigar
United States District Judge