QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Cal. Bar No. 170151)
  David A. Perlson (Cal. Bar No. 209502)
  Michael D. Powell (Cal. Bar No. 202850)
  Derek J. Tang (Cal. Bar No. 4540514)
  Lindsay M. Cooper (Cal. Bar No. 287125)
  Felipe Corredor (Cal. Bar No. 295692)
  qe-eolas@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC., <br><br> Plaintiff, <br><br> v. <br><br> EOLAS TECHNOLOGIES INCORPORATED, <br><br> Defendant. | Case No. 3:15-cv-05446-JST <br><br> **GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO EOLAS TECHNOLOGIES INCORPORATED'S MOTION TO DISMISS AND EXHIBITS TO THE DECLARATION OF FELIPE CORREDOR** |

1  Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Google Inc. ("Google") respectfully
2  requests to file under seal confidential information in portions of its Opposition to Eolas
3  Technologies Incorporated's Motion to Dismiss ("Opposition") and in portions of exhibits to the
4  Declaration of Felipe Corredor in Support of Google's Opposition.  Specifically, Google requests
5  an order granting leave to file under seal the portions of the documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Google's Opposition | Highlighted portions at 8, 22 |
| Exhibit 20 to Declaration of Felipe Corredor in Support of Google's Opposition | Highlighted portions at 5, 8 |
| Exhibit 21 to Declaration of Felipe Corredor in Support of Google's Opposition | Highlighted portions at 4-7 |
| Exhibit 39 to Declaration of Felipe Corredor in Support of Google's Opposition | Highlighted portions at 3, 8 |

**I.     LEGAL STANDARD**

In the context of dispositive motions, materials may be sealed so long as the party seeking sealing shows that "compelling reasons" exist to justify sealing such materials.  *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003)).  In addition, Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

**II.    GOOGLE'S DESIGNATED CONFIDENTIAL INFORMATION**

Google seeks to seal portions of its Opposition and of Exhibits 20, 21, and 39 to the Declaration of Felipe Corredor in Support of Google's Opposition.  Google seeks to file portions of these materials under seal because they discuss Google's confidential business information.  (*See* Corredor Decl. in Support of Motion to Seal ¶¶ 4-6.)  Courts have found it appropriate to seal documents that contain "business information that might harm a litigant's competitive standing[.]" *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *see also, e.g.*, *Asestek Danmark A/S*

1  *v. CMI USA, Inc.*, No. 13-cv-457, 2015 WL 4116738, at *2-3 (N.D. Cal. July 7, 2015).  Disclosure

2  of the materials contained in the above cited portions could disclose Google's confidential

3  business information.  (*See* Corredor Decl. in Support of Motion to Seal ¶¶ 4-5.)  The disclosure of

4  this information could harm Google's competitive standing.  (*Id.* ¶ 6.)  It is thus appropriate to

5  keep these portions under seal.  *Nixon*, 435 U.S. at 598.  Additionally, the redactions have been

6  narrowly tailored in accordance with Civil Local Rule 79-5.

7  **III.    CONCLUSION**

8        In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the

9  above listed documents accompany this Administrative Motion.  For the foregoing reasons,

10 Google respectfully requests that the Court grant Google's administrative motion to file under

11 seal.

13  DATED: March 4, 2016                              Respectfully submitted,

14                                                   QUINN EMANUEL URQUHART &
                                                     SULLIVAN, LLP

15                                                   */s/  David A. Perlson*

16                                                   Charles K. Verhoeven (Cal. Bar No. 170151)
                                                     David A. Perlson (Cal. Bar No. 209502)
17                                                   Michael D. Powell (Cal. Bar No. 202850)
                                                     Derek J. Tang (Cal. Bar No. 4540514)
18                                                   Lindsay M. Cooper (Cal. Bar No. 287125)
                                                     Felipe Corredor (Cal. Bar No. 295692)
19                                                   qe-eolas@quinnemanuel.com
                                                     50 California Street, 22nd Floor
20                                                   San Francisco, California 94111
                                                     (415) 875-6600
21                                                   (415) 875-6700 facsimile

22                                                   Attorneys for Plaintiff Google Inc.