| | |
|---|---|
| Jennifer P. Estremera, SBN 251076<br>MCKOOL SMITH, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, California 94065<br>Tel: (650) 394-1414; Fax: (650) 394-1422<br>jestremera@mckoolsmith.com<br><br>John B. Campbell, TX SBN 24036314<br>(admitted *Pro Hac Vice*)<br>James E. Quigley, TX SBN 24075810<br>(admitted *Pro Hac Vice*)<br>MCKOOL SMITH, P.C.<br>300 West 6th Street, Suite 1700<br>Austin, Texas 78701<br>Tel. (512) 692-8700; Fax: (512) 692-8744<br>jcampbell@mckoolsmith.com<br>jquigley@mckoolsmith.com<br><br>Attorneys for Defendant<br>Eolas Technologies Incorporated | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>David A. Perlson (Cal. Bar No. 209502)<br>Michael D. Powell (Cal. Bar No. 202850)<br>Derek J. Tang (Cal. Bar No. 4540514)<br>Lindsay M. Cooper (Cal. Bar No. 287125)<br>Felipe Corredor (Cal. Bar No. 295692)<br>qe-eolas@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>(415) 875-6600<br>(415) 875-6700 facsimile<br><br>Attorneys for Plaintiff Google Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EOLAS TECHNOLOGIES INCORPORATED,<br><br>　　　　　Defendant. | Case No. 3:15-cv-05446-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO REPLY TO GOOGLE INC.'S RESPONSE TO EOLAS TECHNOLOGIES INCORPORATED'S MOTION TO DISMISS GOOGLE INC.'S COMPLAINT**<br><br>Judge: Hon. Jon S. Tigar |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Eolas Technologies Incorporated
2  ("Eolas") and Plaintiff Google Inc. ("Google"), by and through their respective attorneys, hereby
3  submit the following Joint Stipulation, as follows:

4  WHEREAS, on December 1, 2015, Google served its complaint upon Eolas;

5  WHEREAS, on December 4, 2015, this Court set the Case Management Conference for
6  February 23, 2016;

7  WHEREAS, on December 15, 2015, the parties filed a stipulation to extend the deadline for
8  Eolas to answer or otherwise respond to Google's complaint to January 21, 2016;

9  WHEREAS, on January 5, 2016, this Court granted the parties' stipulation;

10  WHEREAS, on January 20, 2016, Google filed a first amended complaint;

11  WHEREAS, on January 25, 2016, this Court reset the Case Management Conference for
12  February 24, 2016;

13  WHEREAS, on February 8, 2016, Eolas filed a motion to dismiss Google's complaint,
14  scheduled for hearing by this Court on April 21, 2016;

15  WHEREAS, on February 8, 2016, Eolas filed an administrative motion for relief from the
16  notice and order setting initial Case Management Conference, for continuance of the Case
17  Management Conference, and to stay any discovery;

18  WHEREAS, on February 17, 2016, this Court granted in part and denied in part Eolas's
19  administrative motion, resetting the Case Management Conference for April 21, 2016;

20  WHEREAS on February 22, 2016, the parties filed a stipulation to extend the deadline for
21  Google to respond to Eolas's motion to dismiss Google's complaint to March 4, 2016, and for Eolas
22  to file its reply to Google's response to March 14, 2016;

23  WHEREAS on February 23, 2016, this Court granted the parties' February 22, 2016
24  stipulation;

25  WHEREAS, the Parties have conferred and agreed to extend Eolas's time to reply to
26  Google's response to Eolas's motion to dismiss Google's complaint, currently set for March 14,
27  2016;

28  WHEREAS, no other deadlines will be affected;

-1-
**CASE NO. 3:15-CV-05446-JST**                                           **JOINT STIPULATION AND ~~PROPOSED~~ ORDER**

McKool 1162781v1

McKool Smith, P.C.
Austin, TX

1  NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the deadline for Eolas to respond to Google's response to Eolas's motion to dismiss be extended by three days to **March 17, 2016**.

McKool Smith, P.C.
Austin, TX

-2-
**Case No. 3:15-cv-05446-JST**               **JOINT STIPULATION AND** ~~PROPOSED~~ **ORDER**

McKool 1162781v1

1  DATED: March 7, 2016    Respectfully submitted,

2                          MCKOOL SMITH, P.C.

3                          By */s James E. Quigley*
4                             James E. Quigley
                              *Attorneys for Eolas Technologies Incorporated*

5
                           QUINN EMANUEL URQUHART & SULLIVAN, LLP
6
                           By */s David A. Perlson*
7                             David A. Perlson
                              *Attorneys for Google Inc.*

MCKOOL SMITH, P.C.
AUSTIN, TX

-3-
**CASE NO. 3:15-CV-05446-JST**             **JOINT STIPULATION AND ~~PROPOSED~~ ORDER**

McKool 1162781v1

**SIGNATURE ATTESTATION**

I, James E. Quigley, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that David A. Perlson has concurred in this filing.

DATED: March 7, 2016

*/s/  James E. Quigley*

**[PROPOSED] ORDER**

Defendant Eolas Technologies Incorporated and Plaintiff Google Inc. have stipulated to extend the deadline for Eolas's reply to Google's response to Eolas's motion to dismiss Google's complaint until March 17, 2016.

The requested extension is GRANTED.  Eolas's reply to Google's response to Eolas's motion to dismiss Google's complaint will be filed no later than March 17, 2016.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: March 8, 2016

Honorable Jon S. Tigar
United States District Judge