UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>EOLAS TECHNOLOGIES INCORPORATED, et al.,<br><br>   Defendants. | Case No. 15-cv-05446-JST<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO MOVE APRIL 21, 2016 CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 59 |

  The parties have filed a joint stipulation to continue the initial Case Management Conference, currently set for April 21, 2016.  ECF No. 59.  Though the supporting declaration states that this request is made "[i]n light of a conflict with planned work travel," ECF No. 59-1, the Court notes that a motion hearing on the pending Motion to Dismiss, ECF No. 37, is also scheduled for the same date and time, and that the parties do not request to move the motion hearing.  Accordingly, the stipulation to continue the Case Management Conference is denied.  If the parties wish to request to continue both the motion hearing and the Case Management Conference, they may re-file a joint stipulated request by April 15, 2016.

  IT IS SO ORDERED.

Dated: April 13, 2016

                    _____
                      JON S. TIGAR
                    United States District Judge