QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Cal. Bar No. 170151)
  David A. Perlson (Cal. Bar No. 209502)
  Michael D. Powell (Cal. Bar No. 202850)
  Derek J. Tang (Cal. Bar No. 4540514)
  Lindsay M. Cooper (Cal. Bar No. 287125)
  Felipe Corredor (Cal. Bar No. 295692)
  qe-eolas@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff Google Inc.

Jennifer P. Estremera, SBN 251076
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1414; Fax: (650) 394-1422
jestremera@mckoolsmith.com

John B. Campbell, TX SBN 24036314
(admitted *Pro Hac Vice*)
James E. Quigley, TX SBN 24075810
(admitted *Pro Hac Vice*)
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701
Tel. (512) 692-8700; Fax: (512) 692-8744
jcampbell@mckoolsmith.com
jquigley@mckoolsmith.com

Attorneys for Defendant
Eolas Technologies Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>EOLAS TECHNOLOGIES INCORPORATED,<br><br>  Defendant. | Case No. 3:15-cv-05446-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MOVING APRIL 21, 2016 CASE MANAGEMENT CONFERENCE AND HEARING ON EOLAS'S MOTION TO DISMISS TO NEW DATE**<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiff Google Inc. ("Google") and Defendant Eolas Technologies Incorporated ("Eolas"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, on December 1, 2015, Google served its complaint upon Eolas;

WHEREAS, on December 4, 2015, this Court set the Case Management Conference for February 23, 2016;

WHEREAS, on December 15, 2015, the parties filed a stipulation to extend the deadline for Eolas to answer or otherwise respond to Google's complaint to January 21, 2016;

WHEREAS, on January 5, 2016, this Court granted the parties' stipulation;

WHEREAS, on January 20, 2016, Google filed a first amended complaint;

WHEREAS, on January 25, 2016, this Court reset the Case Management Conference for February 24, 2016;

WHEREAS, on February 8, 2016, Eolas filed a motion to dismiss Google's complaint, scheduled for hearing by this Court on April 21, 2016;

WHEREAS, on February 8, 2016, Eolas filed an administrative motion for relief from the notice and order setting initial Case Management Conference, for continuance of the Case Management Conference, and to stay any discovery;

WHEREAS, on February 17, 2016, this Court granted in part and denied in part Eolas's administrative motion, resetting the Case Management Conference for April 21, 2016;

WHEREAS, on February 22, 2016, the parties jointly moved the Court to extend the time for Google to file its opposition to Eolas's Motion to Dismiss Google's Complaint to March 4, 2016, and for Eolas to file its reply to Google's opposition to March 14, 2016, and the Court granted the parties' motion;

WHEREAS, on March 7, 2016, the parties jointly moved the Court to extend the time for Eolas to file its reply to Google's opposition to Eolas's Motion to Dismiss Google's Complaint to March 17, 2016, and the Court granted the parties' motion;

1    WHEREAS, on April 11, 2016, the parties jointly moved the Court to move the initial Case Management Conference, currently set for April 21, 2016, to May 26, 2016, but inadvertently omitted an explicit request to move the hearing on Eolas' Motion to Dismiss.  The Court denied the parties' motion without prejudice to refile to address the Motion to Dismiss hearing as well;

WHEREAS, the Parties have conferred and agreed to move the initial Case Management Conference and the hearing on Eolas's Motion to Dismiss, both currently set for April 21, 2016, to the next available hearing date on which both parties are available, which the parties believe is June 16, 2016;

WHEREAS, no other deadlines will be affected;

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the initial Case Management Conference and the hearing on Eolas's Motion to Dismiss, both currently set for April 21, 2016, be reset for June 16, 2016.

DATED:  April 15, 2016         Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s David A. Perlson
    David A. Perlson
    *Attorneys for Google Inc.*

McKOOL SMITH HENNIGAN, P.C.

By  /s James E. Quigley
    James E. Quigley
    *Attorneys for Eolas Technologies Incorporated*

## SIGNATURE ATTESTATION

I, David A. Perlson, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that James E. Quigley has concurred in this filing.

DATED: April 15, 2016

*/s/ David A. Perlson*
David A. Perlson

## [PROPOSED] ORDER

Plaintiff Google Inc. and Defendant Eolas Technologies Incorporated have stipulated to reset the initial Case Management Conference and the hearing on Eolas's Motion to Dismiss, both currently set for April 21, 2016, to June 16, 2016.

The parties' joint stipulation is GRANTED. The initial Case Management Conference and the hearing on Eolas's Motion to Dismiss, both currently set for April 21, 2016, are hereby reset for June 16, 2016.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: April 15, 2016

Honorable Jon S. Tigar
United States District Judge

-4-   Case No. 3:15-cv-05446-JST
JOINT STIPULATION AND [PROPOSED] ORDER