Jennifer P. Estremera, SBN 251076
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1414; Fax: (650) 394-1422
jestremera@mckoolsmith.com

John B. Campbell, TX SBN 24036314
(admitted *Pro Hac Vice*)
James E. Quigley, TX SBN 24075810
(admitted *Pro Hac Vice*)
Jennifer Van Dusen TX SBN 24087087
(admitted *Pro Hac Vice*)
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701
Tel. (512) 692-8700; Fax: (512) 692-8744
jcampbell@mckoolsmith.com
jquigley@mckoolsmith.com
jvandusen@mckoolsmith.com

Attorneys for Defendant
Eolas Technologies Incorporated

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Charles K. Verhoeven (Cal. Bar No. 170151)
  David A. Perlson (Cal. Bar No. 209502)
  Michael D. Powell (Cal. Bar No. 202850)
  Derek J. Tang (Cal. Bar No. 4540514)
  Lindsay M. Cooper (Cal. Bar No. 287125)
  Felipe Corredor (Cal. Bar No. 295692)
  qe-eolas@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff Google Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>EOLAS TECHNOLOGIES INCORPORATED,<br><br>      Defendant. | Case No. 3:15-cv-05446-JST<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING HEARING**<br><br>Judge: Hon. Jon S. Tigar |

**CASE NO. 3:15-CV-05446-JST**          **JOINT STIPULATION AND ~~PROPOSED~~ ORDER**

Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Eolas Technologies Incorporated ("Eolas") and Plaintiff Google Inc. ("Google"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, on December 1, 2015, Google served its complaint upon Eolas;

WHEREAS, on December 4, 2015, this Court set the Case Management Conference for February 23, 2016;

WHEREAS, on December 15, 2015, the parties filed a stipulation to extend the deadline for Eolas to answer or otherwise respond to Google's complaint to January 21, 2016;

WHEREAS, on January 5, 2016, this Court granted the parties' stipulation;

WHEREAS, on January 20, 2016, Google filed a first amended complaint;

WHEREAS, on January 25, 2016, this Court reset the Case Management Conference for February 24, 2016;

WHEREAS, on February 8, 2016, Eolas filed a motion to dismiss Google's complaint, scheduled for hearing by this Court on April 21, 2016;

WHEREAS, on February 8, 2016, Eolas filed an administrative motion for relief from the notice and order setting initial Case Management Conference, for continuance of the Case Management Conference, and to stay any discovery;

WHEREAS, on February 17, 2016, this Court granted in part and denied in part Eolas's administrative motion, resetting the Case Management Conference for April 21, 2016;

WHEREAS, on February 22, 2016, the parties jointly moved the Court to extend the time for Google to file its opposition to Eolas's Motion to Dismiss Google's Complaint to March 4, 2016, and for Eolas to file its reply to Google's opposition to March 14, 2016, and the Court granted the parties' motion;

WHEREAS, on March 7, 2016, the parties jointly moved the Court to extend the time for Eolas to file its reply to Google's opposition to Eolas's Motion to Dismiss Google's Complaint to March 17, 2016, and the Court granted the parties' motion;

WHEREAS, on April 11, 2016, the parties jointly moved the Court to move the initial Case Management Conference, currently set for April 21, 2016, to May 26, 2016, but inadvertently

-1-

1  omitted an explicit request to move the hearing on Eolas' Motion to Dismiss. The Court denied the
2  parties' motion without prejudice to refile to address the Motion to Dismiss hearing as well;

3   WHEREAS, on April 14, 2016, the parties jointly moved the Court to move the initial Case
4  Management Conference and the hearing on Eolas's Motion to Dismiss to June 16, 2016, and the
5  Court granted the parties' motion;

6   WHEREAS, on June 16, 2016, the Court granted Eolas's Motion to Dismiss with
7  modifications and ordered the parties to notify the Court upon receiving a ruling from the Texas
8  Court on Google's Motion to Transfer Venue to the Northern District of California in *Eolas*
9  *Technologies Incorporated v. Google Inc.*, Civil Action No. 6:15-cv-01039-RWS (E.D. Tex.) (the
10 "Texas Case");

11  WHEREAS, on November 4, 2016, the parties jointly notified the Court that the Texas Court
12 denied Google's Motion to Transfer Venue to the Northern District of California in the Texas Case;

13  WHEREAS, on November 7, 2016, the Court issued an order setting a Case Management
14 Conference for January 18, 2017 on why the instant case should not be transferred to the Eastern
15 District of Texas under the first-to-file rule.

16  WHEREAS, on December 7, 2016, Google filed a petition for a writ of mandamus
17 challenging the denial of Google's Motion to Transfer Venue to the Northern District of California
18 in the Texas Case;

19  WHEREAS, Google's mandamus petition, which is now fully briefed, remains pending;

20  WHEREAS, the parties have conferred and agreed to request that the hearing currently set
21 for January 18, 2017 be extended to March 1, 2017;

22  WHEREAS, no other deadlines will be affected;

23  NOW THEREFORE, IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY
24 REQUEST that the hearing date be extended to **March 1, 2017**.

25
26
27
28

McKool Smith, P.C.
Austin, TX

-2-
Case No. 3:15-cv-05446-JST    JOINT STIPULATION AND ~~PROPOSED~~ ORDER

| | |
|---|---|
| 1  DATED:  December 30, 2016 | Respectfully submitted, |
| 2 | MCKOOL SMITH, P.C. |
| 3 | By */s Jennifer Van Dusen* |
| 4 |    Jennifer Van Dusen<br>    *Attorneys for Eolas Technologies Incorporated* |
| 5 | |
| 6 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | By */s David A. Perlson*<br>   David A. Perlson<br>    *Attorneys for Google Inc.* |

MCKOOL SMITH, P.C.
AUSTIN, TX

-3-

**CASE NO. 3:15-CV-05446-JST**               **JOINT STIPULATION AND ~~PROPOSED~~ ORDER**

**SIGNATURE ATTESTATION**

I, Jennifer Van Dusen, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that David A. Perlson has concurred in this filing.

DATED: December 30, 2016

/s/ Jennifer Van Dusen

**[PROPOSED] ORDER**

Defendant Eolas Technologies Incorporated and Plaintiff Google Inc. have stipulated to request an extension of the hearing scheduled for January 18, 2017 until March 1, 2017.

The requested extension is GRANTED. The hearing scheduled for January 18, 2017 has been rescheduled to March 1, 2017.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: January 3, 2017

Honorable Jon S. Tigar
United States District Judge