# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., <br><br>        Plaintiff, <br><br>    v. <br><br>EOLAS TECHNOLOGIES INCORPORATED, et al., <br><br>        Defendants. | Case No. 15-cv-05446-JST <br><br> **ORDER** |

As both parties are aware, a case similar to this one is pending in the Eastern District of Texas. After the Texas court denied Google's motion to transfer the Texas case to this district, the Court set a Case Management Conference ("CMC") to discuss the implications of the first-to-file rule on the instant case. ECF No. 83. The Court then continued that CMC to await the resolution of Google's petition for a writ of mandamus challenging the denial of its transfer motion in the Texas case. ECF No. 85. So far as the Court is aware, that petition is still pending. The Court therefore vacates the CMC set for March 9, 2017, and orders the parties to notify the Court when the mandamus petition has been resolved, and to request the setting of a case management conference.

At that time, any party may also file a motion seeking transfer of this case under the first-to-file rule.

IT IS SO ORDERED.

Dated: February 3, 2017

_____
JON S. TIGAR
United States District Judge