| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>David A. Perlson (Cal. Bar No. 209502)<br>Michael D. Powell (Cal. Bar No. 202850)<br>Carl G. Anderson (CA Bar No. 239927)<br>Lindsay M. Cooper (Cal. Bar No. 287125)<br>Felipe Corredor (Cal. Bar No. 295692)<br>qe-eolas@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>(415) 875-6600<br>(415) 875-6700 facsimile<br><br>Attorneys for Plaintiff Google LLC | Jennifer P. Estremera, SBN 251076<br>MCKOOL SMITH, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, California 94065<br>Tel: (650) 394-1414; Fax: (650) 394-1422<br>jestremera@mckoolsmith.com<br><br>John B. Campbell, TX SBN 24036314<br>(admitted *Pro Hac Vice*)<br>James E. Quigley, TX SBN 24075810<br>(admitted *Pro Hac Vice*)<br>MCKOOL SMITH, P.C.<br>300 West 6th Street, Suite 1700<br>Austin, Texas 78701<br>Tel. (512) 692-8700; Fax: (512) 692-8744<br>jcampbell@mckoolsmith.com<br>jquigley@mckoolsmith.com<br><br>Attorneys for Defendant<br>Eolas Technologies Incorporated |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Defendant. | Case No. 3:15-cv-05446-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REFLECT NAME CHANGE FROM GOOGLE INC. TO GOOGLE LLC** |

Pursuant to Civil Local Rule 7-12, Plaintiff Google Inc., now known as Google LLC, and Defendant Eolas Technologies Incorporated (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC on September 30, 2017;

WHEREAS Google LLC filed a Certificate of Formation with the Delaware Secretary of State, effective on September 30, 2017;

WHEREAS the parties agree that this Stipulation merely reflects the above-noted change of corporate name, and does not affect any substantive issue in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that: Google Inc. shall now be known as Google LLC in this action and the caption of the case shall be:

**GOOGLE LLC,**

    **Plaintiff,**

v.

**EOLAS TECHNOLOGIES INCORPORATED,**

    **Defendant.**

DATED: October 10, 2017    Respectfully submitted,

    QUINN EMANUEL URQUHART & SULLIVAN, LLP

    By  */s David A. Perlson*
        David A. Perlson
        *Attorneys for Google LLC*


    MCKOOL SMITH P.C.

    By  */s James E. Quigley*
        James E. Quigley
        *Attorneys for Eolas Technologies Incorporated*

## **SIGNATURE ATTESTATION**

I, David A. Perlson, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED: October 10, 2017

*/s/ David A. Perlson*
David A. Perlson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Google Inc. shall now be known as Google LLC in this action, and the caption of the case shall be:

**GOOGLE LLC,**

   **Plaintiff,**

**v.**

**EOLAS TECHNOLOGIES INCORPORATED,**

   **Defendant.**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: October 11, 2017

_____
Honorable Jon S. Tigar
United States District Judge