| | |
|---|---|
| Jennifer P. Estremera, SBN 251076<br>MCKOOL SMITH, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, California 94065<br>Tel: (650) 394-1414; Fax: (650) 394-1422<br>jestremera@mckoolsmith.com<br><br>John B. Campbell, TX SBN 24036314<br>(admitted *Pro Hac Vice*)<br>James E. Quigley, TX SBN 24075810<br>(admitted *Pro Hac Vice*)<br>MCKOOL SMITH, P.C.<br>300 West 6th Street, Suite 1700<br>Austin, Texas 78701<br>Tel. (512) 692-8700; Fax: (512) 692-8744<br>jcampbell@mckoolsmith.com<br>jquigley@mckoolsmith.com<br><br>Attorneys for Defendant<br>Eolas Technologies Incorporated | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>  Charles K. Verhoeven (Cal. Bar No. 170151)<br>  David A. Perlson (Cal. Bar No. 209502)<br>  Michael D. Powell (Cal. Bar No. 202850)<br>  Carl G. Anderson (CA Bar No. 239927)<br>  Lindsay M. Cooper (Cal. Bar No. 287125)<br>  Felipe Corredor (Cal. Bar No. 295692)<br>  qe-eolas@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>(415) 875-6600<br>(415) 875-6700 facsimile<br><br>Attorneys for Plaintiff Google LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EOLAS TECHNOLOGIES INCORPORATED,<br><br>　　　　　　Defendant. | Case No. 3:15-cv-05446-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to the Court's order entered on August 2, 2018, Defendant Eolas Technologies Incorporated ("Eolas")[1] and Plaintiff Google LLC ("Google"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, the Court ordered on July 25, 2018 that "It appears to the Court that this case, *Google v. Eolas*, 15-cv-5446-JST, is identical to *Google v. Eolas*, 17-cv-1138-JST. Unless any party objects by August 1, 2018 and persuades the Court otherwise, the Court will close this case" Dkt. 97.

WHEREAS, Google filed an objection to the Court's July 25, 2018 order on August 1, 2018. Dkt. 98.

WHEREAS, the Court ordered on August 2, 2018 that "By August 8, 2018, Defendants are ordered to file either a stipulated proposed order consolidating this case with *Eolas Technologies, Inc. v Google LLC*, 17-cv-1138, or an objection to Google's request to consolidate. ECF No. 98." Dkt. 99.

WHEREAS, the parties have conferred and do not object to this case being consolidated with *Eolas Technologies, Inc. v Google LLC*, 17-cv-1138.[2]

THEREFORE, the parties submit the attached stipulated proposed order.

DATED: August 8, 2018          Respectfully submitted,

MCKOOL SMITH, P.C.

By */s John B. Campbell*
   John B. Campbell
    *Attorneys for Eolas Technologies Incorporated*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s David A. Perlson*
   David A. Perlson
    *Attorney for Google LLC*

**SIGNATURE ATTESTATION**

---

[1] In its order, the court referred to "Defendants," but Eolas is the only defendant in this -05446 action.

[2] Eolas believes that, given its first-filed nature, the -1138 case should be the lead case upon consolidation. *See* Dkt. 73 at 11-14. Google disputes that the -1138 case is the first-filed case for at least the reasons set forth in its Opposition to Eolas's Motion to Dismiss. *See* Dkt. 53-4 at 20-25.

I, John B. Campbell, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that the above signatories have concurred and consented to the filing of this document.

DATED: August 8, 2018

*/s/ John B. Campbell*
John B. Campbell

**[PROPOSED] ORDER**

Defendant Eolas Technologies Incorporated and Plaintiff Google LLC have stipulated to the consolidation of this case with *Eolas Technologies, Inc. v Google LLC*, 17-cv-1138.

The stipulation is GRANTED. *Google LLC v. Eolas Technologies, Inc.*, 15-cv-5446 is consolidated with *Eolas Technologies, Inc. v Google LLC*, 17-cv-1138, with *Eolas Technologies, Inc. v Google LLC*, 17-cv-1138.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: ___August 9___, 2018

_____
Honorable Jon S. Tigar
United States District Judge