UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>EOLAS TECHNOLOGIES INCORPORATED, et al.,<br><br>    Defendants. | Case No. 15-cv-05446-JST<br><br>**ORDER TO SHOW CAUSE RE: CONSOLIDATION** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 17-cv-01138-JST |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM INC,<br><br>    Defendant. | Case No. 17-cv-03022-JST |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 17-cv-03023-JST |

These four cases all involve the same patent.  Case Nos. 15-cv-05446 and 17-cv-01138 have been consolidated, but both cases remain open.  Case Nos. 17-cv-03022 and 17-cv-03023 have been related to Case No. 17-cv-01138.

Case No. 15-cv-05446 was filed in this district on November 25, 2015.  Case Nos. 17-cv-01138, 17-cv-03022, and 17-cv-03023 were all transferred into this district from the Eastern District of Texas, where they were filed on November 24, 2015, and assigned Case Nos. 15-cv-1039, 15-cv-1038, and 15-cv-1040, respectively.  Before being severed for transfer, the cases were consolidated for pretrial purposes, and Case No. 17-cv-03022 was designated as the lead case because it bore the lowest case number in that district.

Based on this history, there appears to be good cause to consolidate for pretrial purposes all four of these cases, with Case No. 17-cv-03022 designated as the lead case.  If any party objects to such consolidation, it must file a written objection, showing cause why the cases should not be consolidated for pretrial purposes or why a different case should be designated the lead case, by March 6, 2020.  If no objection is filed, the Court will enter a consolidation order.  If any objections are filed, the Court will take the matter under submission without oral argument, unless otherwise ordered.

**IT IS SO ORDERED.**

Dated:  March 2, 2020



JON S. TIGAR
United States District Judge